## CANTWELL et al. v. UNITED STATES.

### No. 5641.

Circuit Court of Appeals, Fourth Circuit.

Oct. 8, 1947.

Carl G. Bachmann and Frank A. O'Brien, both of Wheeling, W. Va., for appellants.

Wayne T. Brooks, Asst. U. S. Atty., of Wheeling, W. Va. (C. Lee Spillers, U. S. Atty., of Wheeling, W. Va., on the brief), for appellee.

Before PARKER, SOPER, and DOBIE, Circuit Judges.

PER CURIAM.

This is an appeal from a sentence entered upon a plea of guilty of violating the Mann Act, 18 U.S.C.A. § 399. The only question presented by the appeal is whether the court abused its discretion in refusing to permit appellants to withdraw their plea of guilty. No abuse of discretion is shown. On the contrary, the evidence before the court was clearly sufficient to establish guilt on the part of appellants and they offered no evidence to establish their innocence.

Affirmed.